UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 14–30315
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
John Daniel Harris and Sharon Renee Harris

　　　Debtors

## ORDER CONFIRMING PLAN

The debtors' plan was filed on February 10, 2014. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

　　　Done this 12th day of May, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Honorable Dwight H. Williams Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge