UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                                                                    Case No. 14−30315
                                                                                         Chapter 13
John Daniel Harris and Sharon Renee Harris

    Debtors

## ORDER CONFIRMING PLAN

The debtors' plan was filed on February 10, 2014. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015.  The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.


    Done this 12th day of May, 2014.

                                                        /s/ Honorable Dwight H. Williams Jr.
                                                        United States Bankruptcy Judge

```
                           United States Bankruptcy Court
                            Middle District of Alabama
In re:                                                             Case No. 14-30315-DHW
John Daniel Harris                                                 Chapter 13
Sharon Renee Harris
         Debtors                     CERTIFICATE OF NOTICE
District/off: 1127-2           User: admin                  Page 1 of 2                  Date Rcvd: May 12, 2014
                               Form ID: van297a             Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2014.
```
db/jdb     +John Daniel Harris,    Sharon Renee Harris,    612 Williamson Road,    Montgomery, AL 36109-2534
3016702    +Amedysis Physical Therapy,    300 Interstate park Drive, Ste 324,    Montgomery, AL 36109-5468
3016703    +American Express,   PO Box 3001,    Malvern, PA 19355-0701
3016704     American Express,   Attn: Bankruptcy,    PO Box 981537,    El Paso, TX 79998-1537
3016706    ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America, N.A.,    Attn: Bankruptcy Dept.,    4161 Piedmont Pkwy.,
               Greensboro, NC 27410)
3016705    +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
             Simi Valley, CA 93062-5170
3016707     Brian E. Barrett, MD,    c/o Holloway Credit Solutions,    Post Office Box 230609,
             Montgomery, AL 36123-0609
3068954    +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
3016722    ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Texaco/Citibank,    Attn: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195)
3016708    +Capital One Bank,    Attn: Bankruptcy,    PO Box 26625,    Richmond, VA 23261-6625
3056044     Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
3016711     Max Credit Union,    PO Box 244040,    Montgomery, AL 36124-4040
3048768    +Monroe & Main,   c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
3016712    +Monroe and Main,    1112 7th Avenue,    Monroe, WI 53566-1364
3016713     Ocwen Loan Servicing,    Attn: Research Dept,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
3016714     Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Team,    PO Box 24738,
             West Palm Beach, FL 33416-4738
3016715    +Oral Surgery Associates,    c/o Holloway Credit Bureau,    Post Office Box 230609,
             Montgomery, AL 36123-0609
3016717     Polaris/CapOne,    Attn: Bankruptcy,    PO Box 30253,    Salt Lake City, UT 84130-0253
3016716    +Polaris/CapOne,    Attn: Bankruptcy,    26525 N. Riverwoods Blvd.,    Mettawa, IL 60045-3438
3016718     Sam's Club/BECRB,    Attn: Bankruptcy,    4125 Windward Plaza,    Alpharetta, GA 30005-8738
3016720    +Seventh Avenue,    Attn: Bankruptcy,    1112 7th Avnue,    Monroe, WI 53566-1364
3050405    +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
3016721     Shell/CBNA,    Citibank Credit Bureau Dispute,    PO Box 6497,    Sioux Falls, SD 57117-6497
3017921    ++TMX FINANCE LLC FORMERLY TITLEMAX,    15 BULL STREET,    SUITE 200,    SAVANNAH GA 31401-2686
             (address filed with court: TitleMax of Alabama, Inc. d/b/a TitleMax,    15 Bull Street, Suite 200,
               Savannah, GA 31401)
3016723    ++TMX FINANCE LLC FORMERLY TITLEMAX,    15 BULL STREET,    SUITE 200,    SAVANNAH GA 31401-2686
             (address filed with court: Titlemax of Alabama,    3119 Atlanta Highway,    Montgomery, AL 36109)
3016724     Victoria's Secret/Comenity Bank,    Attn: Bankruptcy,    PO Box 182125,    Columbus, OH 43218-2125
3016725     Victoria's Secret/Comenity Bank,    Attn: Bankruptcy,    PO Box 182789,    Columbus, OH 43218-2789
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr         +Fax: 407-737-5634 May 12 2014 21:09:50     Ocwen Loan Servicing, LLC,    1661 Worthington Road,
             Suite #100,    WEST PALM BEACH, FL 33409-6493
3018788     E-mail/PDF: mrdiscen@discoverfinancial.com May 12 2014 21:00:41      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
3016710    +E-mail/PDF: mrdiscen@discoverfinancial.com May 12 2014 21:00:41      Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
3057514     E-mail/Text: bnc-quantum@quantum3group.com May 12 2014 20:57:19
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
3034553     E-mail/Text: bnc-quantum@quantum3group.com May 12 2014 20:57:20
             Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
3016719    +E-mail/PDF: gecsedi@recoverycorp.com May 12 2014 21:00:38      Sam's Club/GECRB,
             Attn: Bankruptcy Dept,    PO Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3016709     ##Capital One NA,    Attn: Bankruptcy,    PO Box 26030,    Richmond, VA 23260-6030
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2014                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2014 at the address(es) listed below:
```
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Curtis C. Reding    trustees_office@ch13mdal.com
          Enslen Crowe    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@sirote.com
          Michael W Lindsey    on behalf of Creditor   Ocwen Loan Servicing, LLC mlindsey@lindseylaw.net,
           kblackwell@jandllawfirm.com
          Paul D. Esco    on behalf of Joint Debtor Sharon Renee Harris paul.esco@aol.com,
           lkeltz@live.com;paulescolaw@gmail.com;escolawfirm@live.com
          Paul D. Esco    on behalf of Debtor John Daniel Harris paul.esco@aol.com,
           lkeltz@live.com;paulescolaw@gmail.com;escolawfirm@live.com
                                                                                      TOTAL: 6
```